# EXHIBIT 1



www.ladigital.com

# Confidential Investor Information



matters discussed herein that are forward-looking statements are based on current management expectations that involve risks and uncertainties that may result in such expectations not being realized. Actual outcomes and results may differ materially from what is expressed or forecasted in such forward-looking statements due to numerous potential risks and uncertainties including, but not limited to, the need to manage our growth and integrate new businesses, our ability to develop strategic relationships, our ability to compete with other technology, data and software companies, technology risks, and other risks and factors. Such forward-looking statements speak only as of the date on which they are made, and LADP Acquisition Inc. does not undertake any obligation to update any forward looking statement to reflect events or circumstances after the date of this presentation.

**Contact Information:**
LADP Acquisition, Inc.
Five Concourse Parkway Suite 2925
Atlanta, GA 30328
770-392-4898 ext 2749
770-392-5269 Fax

**Banking Information:**
Wachovia Bank
Atlanta, GA
Routing Number 061000227
Account Name: LADP
Account # 2000043566172

Exhibit 1 Page 3

# EXECUTIVE SUMMARY

LA Digital rents post-production editing systems and provides technical support to major film and television clients. LA Digital owns approximately 200 non-linear digital editing systems. LA Digital rents editing systems to its customers on a short-term basis, typically six to 50 weeks, for use at the client's site or at one of the 99 editing rooms located at LA Digital's four facilities in Los Angeles and New York.

As part of editing system rentals, LA Digital provides custom configuration, full-service installation, and 24/7 technical support. LA Digital clients include major film studios (e.g. 20th Century Fox, Warner Brothers, New Line Cinema, Marvel Films), major television networks (e.g. ABC, NBC, CBS), cable television networks (e.g. HBO, E! Entertainment, Lifetime), and independent production companies (e.g. Mark Burnett Productions).

**Reputation for Quality and Customer Service.** In its fourteen years of operations, LA Digital, has established a reputation for high quality products and customer service and has created valuable brand name recognition within the entertainment industry. Because of its reputation, LA Digital caters to higher end clients who demand superior service and support. This level of service that LA Digital provides also allows it to maintain a strong pricing model which tends to be at the higher end of the range for the industry. Generally, the industry does not provide for long-term or exclusive agreements with its customers, and therefore business is won based on customer satisfaction with reliability, timeliness, quality and price. LA Digital has secured a two year exclusive with Viacom/MTV in New York for certain services and LA Digital has a de facto exclusive relationship with many clients, but generally client relationships are a function of providing the level of service that the clients demand and expect.

**Strong Customer Relationships.** Management has formed strong strategic relationships with a significant number of major motion picture studios, such as 20th Century Fox, Paramount Pictures, Warner Brothers, New Line Cinema and Marvel Films, and cable and television networks, such as ABC, NBC, CBS, HBO, MTV, E! Entertainment and Lifetime. These networks and studios rely on LA Digital to deliver high-quality equipment and technical support. Frequently, Management will be invited to project planning meetings to assist and consult on post-production matters. The Company also maintains strong relationships with directors, editors, and various other decision makers who are involved in selecting equipment rental providers. These customer relationships act as an effective barrier to entry to potential new competitors.

**Niche Market in Large and Stable Industry.** LA Digital provides a niche service within the larger post-production services market, which according to Fortis Bank is a $4 billion industry. LA Digital rents post-production editing equipment to its customers, who are looking to outsource the equipment management, technical support staffing, and technology risk related to the owning post-production equipment. According to First Research, the demand for post-production editing equipment and related services is dependent upon the overall $46 billion film and television production industry which is projected to grow at a 4.1% annual rate through 2012. The industry lends itself to being an out source solution as it is critical to the production process but it is a small expense item in the scope of entertainment content production budgets. Therefore, the risk in bringing the service in house does not justify the relatively small cost of using an out source solution such as LA Digital.

2

Exhibit 1   Page 4

**Management.** The Company's management team is comprised of individuals who have diverse and complementary skills and substantial collective experience in the media and technology industries. Management and the directors on the Board of Directors are summarized below.

**Gary Migdal, President & CEO**
Gary Migdal is the President & CEO of LA Digital. Mr. Migdal has been with the LA Digital since one year after its inception in 1995. Mr. Migdal has over 24 years of post-production management experience and has extensive industry relationships. Mr. Migdal will be responsible for the Company's sales effort and strategic direction. Prior to joining LA Digital, Mr. Migdal held senior management positions at three other leading post-production companies in the Los Angeles area.

**Don Schiada, Controller**
Don Schiada is the Controller of LA Digital. Mr. Schiada has 20 years of accounting experience, including eight years with LA Digital. Previously, Mr. Schiada served three years as General Accounting Manager at the California Power Exchange, and prior to that, served eight years as Assistant Controller at the insurance division of Countrywide Funding. Mr. Schiada is a CPA.

**Marc Bercoon, Vice Chairman & Chief Financial Officer**
Marc Bercoon is Vice Chairman of the Company and Chief Financial Officer of the Company. He has been on the Board of LA Digital since August 2003. Mr. Bercoon began his career as an attorney with a Chicago-based national law firm currently known as Katten, Muchin, & Rosenman, followed by various senior positions with the Equity Group, a private investment company owned and controlled by Chicago investor, Sam Zell. Mr. Bercoon has been a private investor since 2002 and has been involved in many investments with partner Will Goldstein. Ventures have included JC Nationwide, Inc., a physician staffing company founded by Mr. Goldstein in 1992. Mr. Bercoon was Vice Chairman and Chief Financial Officer for JC Nationwide, Inc., until it was sold January 2005. Mr. Bercoon also was a Vice President of the Trump Group, a private investment company based in South Florida with over $1 billion of assets under management. Mr. Bercoon earned his B.S. in Accountancy with high honors from the University of Illinois (Urbana, IL) and his J.D. from the UCLA School of Law. Mr. Bercoon passed the Illinois CPA exam in 1982 and the Illinois BAR exam in 1985.

**Will Goldstein, Chairman**
Will Goldstein is the Chairman of the Company. Mr. Goldstein is an investor/entrepreneur who has been involved in the formation and development of many businesses. Mr. Goldstein began his professional career as an entrepreneur in 1987 by acquiring a locksmith and security store with one location in Norfolk, Virginia. Mr. Goldstein grew this business to four locations and in excess of 20 mobile units. In 1992, Mr. Goldstein sold the firm to the largest security company in Virginia. In the same year, Mr. Goldstein founded Nationwide Medical Services, Inc., a physician staffing company. Under Mr. Goldstein's leadership, Nationwide Medical grew at a rate of in excess of 200% per year for its first six years, achieving $18 million in sales by 1998. Mr. Goldstein successfully negotiated and managed Nationwide through a series of transactions, including the 1998 merger between Nationwide and Jackson & Coker, in which the surviving entity became JC Nationwide. With Mr. Goldstein as Chairman and CEO, JC Nationwide grew to approximately $70 million in revenue. In January 2005, JC Nationwide was acquired by World Health Alternatives, a publicly traded health care staffing company. Mr. Goldstein has been partners with Marc Bercoon since October 2001 in various ventures, including JC Nationwide, Inc. In August 2003, Marc Bercoon, Will Goldstein and another partner (who has since been bought out) purchased LA Digital. Mr. Goldstein earned his Bachelor's Degree in Business Administration from Old Dominion University.

3

Exhibit 1 Page 5

# Systems & Equipment

## LA Digital's Editing System Configuration Utilizes Over 20 Components:



### In-House Facilities
### Field Equipment On Location

Top Quality Peripherals
Audio & Video Equipment
Storage Devices:
Stand-Alone
Networked
Multiple Computing Platforms
Mac OS
Windows OS
Avid Editing Systems

| Standard Definition: | High Definition |
|---|---|
| MC Nitris DX | Symphony Nitris DX HD |
| MC Adrenaline | Symphony Nitris HD |
| MC Meridien | MC Adrenaline HD |

4

Exhibit ___1___ Page ___6___

# Post Production Facilities

**New York, NY**
30,000 Square Feet
10 Employees
35 Suites • Post Production Space
50% On-Location
50% In-House



**Toluca Lake, CA**
20,000 Square Feet • Corporate Office
25 Employees
25 Suites • Post Production Space
50% On-Location
50% In-House



**West Los Angeles, CA**
15,000 Square Feet
3 Employees
35 Suites • Post Production Space



Exhibit 1   Page 7

# Partial Client List

## Television



Damages
Eastbound and Down
West Wing
Friends
Buffy The Vampire Slayer
Third Watch
ABC Sports
Home Wrecker
'Guerrilla' Concerts
NCIS
Boston Legal
Bravo
Barber Shop
The Tonight Show
Fox Sports News
Toughman
General Hospital
Who Knows the Band
Room Wars
Chelsea Lately
Golden Globe Awards

Bully Beatdown
ER
Drew Cary
JAG
Ally McBeal
Baywatch
The Norm Show
Jackass
CIA Secrets
King of The Jungle
Rodney
UPN Up Fronts
Access Hollywood
Last Comic Standing
70's House
Jamie Foxx Show
The Real Ghostbusters
The Superbowl
E! Entertainment
Comedy Central
The Restaurant Show

# Movies



Ghosts of Girlfriends Past
Austin Powers
Blow
Take The Lead
Life As A House
Matrix
Live From Baghdad
After The Sunset
Perfect Storm
Armageddon
The Rock
Gone In 60 Seconds
Final Destination
Evolution
Mr. Woodcock
John Q
Semi Pro
Simone
Final Destination
Sideways
Producers

Juno
The Number 23
The Cell
I Am Sam
All About the Benjamins
Diablo
Unconditional
Elf
Austin Powers 2
Shrek 2
Final Destination 3
About Schmidt
Blade
Friday After Next
Little Nicki
Million Dollar Baby
Notebook
Highway Man
Austin Powers 3
Shark Tales
Love

7

Exhibit  1   Page  9

# Financial Highlights

LA Digital's revenues for fiscal year end were $13.375 million. The EBITDA or income from operations was $1.72 million. The EBITDA has been negatively impacted by $2.5 million because LA Digital does not own all of the equipment it rents to third parties. Therefore, LA Digital rents certain equipment from third parties for $2.5 million per year (approx.) in order to deliver complete editing systems to its clients. Through the Offering, LA Digital will be able purchase the equipment it needs so that the amount of equipment it needs to rent from third parties is minimized. Management believes that purchasing $2.5-$3.0 million will increase EBITDA by approximately $2.5-$3.0 million over the course of twelve months. The useful life of the equipment is in most cases 5-10 years so the benefits of buying the equipment should be realized over a long duration.

There are also several acquisition targets that management has identified. Some of these targets are direct competitors that will increase profitability and allow LA Digital to better leverage its infrastructure. Management believes that it can absorb additional revenue without a proportionate increase in SG&A expenses. Accordingly, acquisitions should create substantial profitability if they are integrated properly.

Other acquisition targets include ancillary products such as technology companies that provide services to the LA Digital's client base. These types of acquisitions should give LA Digital a competitive advantage in marketing its services to clients in that it will have an exclusive or favorable pricing on the acquired technologies.

**L.A. Digital Post, Inc. - Consolidated P&L for Twelve Months ending Mach 31,
Un-Audited – Includes Pro Forma Information**

|  | 2009 w/Equipment Purchase | 2010 Pro Forma | 2010 Pro Forma w/Acquisition |
|---|---|---|---|
| Revenues | $ 13,374,547 | $ 14,512,879 | $ 22,985,565 |
| Cost of Revenues | (1,257,183) | (1,019,873) | (2,309,876) |
| Gross Profit | 12,117,364 | 13,493,006 | 20,675,689 |
| SG&A Expense | (7,787,153) | (8,245,700) | (11,987,590) |
| Income From Operaations (EBITDA) | 4,330,211 | 5,247,306 | 8,688,099 |
| Depreciation/Amortization | (2,452,885) | (2,452,885) | (4,087,633) |
| Interest Expense | (821,829) | (800,000) | (1,500,000) |
| Pre-Tax Income | $ 1,055,497 | $ 1,994,421 | $ 3,100,466 |

The above shows the effect of purchasing equipment that LA Digital currently subrents from third parties. Actual EBITDA was $1.72 million, while EBITDA would have been $4.33 million (see column 1 above) in the same time period if it purchased $2.5 million (approx.) of equipment. Based on management's estimates for the current fiscal year, the Company would have $5.24 million of EBITDA ("2010 Pro Forma") if it owned this equipment. The "2010 Pro Forma with Acquisition" column shows the effect of an acquisition that is a direct competitor. This is an estimate of the impact of an acquisition of a company slightly smaller than LA Digital. Interest Expense is estimated based on assumptions about the financing of the transaction and may change dramatically if an acquisition is made. Management believes that EBITDA is the best measure of the performance of the business.