KAREN MATTESON, Cal. Bar No. 102103
Email: mattesonk@sec.gov
JASON P. LEE, Cal. Bar No. 196520
Email: leejas@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
John M. McCoy III, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>LADP ACQUISITION, INC.; WILLIAM A. GOLDSTEIN and MARC E. BERCOON,<br><br>  Defendants. | Case No. CV10 6835 RGK JCGx<br><br>**DECLARATION OF HENRY HUBBARD** |

## DECLARATION OF HENRY HUBBARD

I, Henry Hubbard, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I make this declaration at the request of the staff of the U.S. Securities & Exchange Commission. I have personal knowledge of the matters set forth below and could and would testify competently to these matters if called as a witness.

2. I live in Lancaster, Texas.

3. On or about June 28, 2010, I received an unsolicited phone call or "cold call" from an individual offering securities in LADP Acquisition, Inc. ("LADP Acquisition") or L.A. Digital Post, Inc. ("LADP"). Prior to receiving this phone call, I had never expressed any interest in investing in LADP Acquisition or LADP. In fact, I had never even heard of these two companies.

4. Following this phone call, on June 28, 2010, I received an email from Kevin Rodrigues, an individual associated with G&G Capital Marketing LLC ("G&G"). Mr. Rodrigues appeared to have forwarded another email written by Charles Gebig, G&G CEO. Mr. Gebig stated the following in his email:

- "LADP is scheduled to be entering the public market shortly after this time frame [four weeks], through acquisition."
- "L.A. Digital will do the same, if not better, since it is scheduled to enter the AMEX!"

Mr. Gebig's email did not contain any reference to LADP Acquisition. A true and correct copy of this document is attached as Exhibit A.

5. Attached to Mr. Rodrigues' email was a "Confidential Investor Information" memorandum. A true and correct copy of this document is attached as Exhibit B. This memorandum reflected a securities offering by either LADP Acquisition or LADP. It was unclear to me upon reviewing this memorandum whether LADP Acquisition or LADP was conducting the offering as the

1

1  memorandum referred to both entities. Page 8 of the Confidential Investor
2  Information memorandum contained financial information relating to L.A. Digital
3  Post, Inc. This memorandum does not contain any information that I could see
4  relating to LADP Acquisition, Inc. other than on page 1 where its name and
5  address was identified as the "Contact Information" for this offering.
6      6.   I declare under penalty of perjury under the laws of the United States
7  of America that the foregoing is true and correct.
8      Executed on August *19th*, 2010 in Lancaster, Texas.

_____
Henry Hubbard