KAREN MATTESON, Cal. Bar No. 102103
Email: mattesonk@sec.gov
JASON P. LEE, Cal. Bar No. 196520
Email: leejas@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
John M. McCoy III, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone:  (323) 965-3998
Facsimile:   (323) 965-3908

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

    v.

LADP ACQUISITION, INC.;
WILLIAM A. GOLDSTEIN and
MARC E. BERCOON,

       Defendants.

Case No. CV10 6835 RGK JCG

**DECLARATION OF ALI SIDDIQUI**

### DECLARATION OF ALI SIDDIQUI

I, Ali Siddiqui, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I have personal knowledge of each of the matters set forth below and, if called as a witness, I could and would testify competently to facts stated herein under oath.

2.     I live in Tulsa, Oklahoma.  I am a licensed and practicing physician.

3.     In or about June or July 2009, Gary Bouvier, my broker, contacted me about an investment opportunity in L.A. Digital Post, Inc. ("LADP"), which I knew to be a private company with offices in Los Angeles and New York.  Mr. Bouvier told me that LADP was involved in the post-production aspect of the entertainment industry and had bright prospects.  I invested approximately $50,000 in what I believed to be LADP shares.  I received a letter from William Goldstein on LADP letterhead acknowledging and thanking me for my investment.  A true and correct copy of this letter is attached as Exhibit 1.

4.     In or about November 2009, I met with Mr. Bouvier and Alan Weiner, a person who represented himself to be affiliated with LADP, in Fort Lauderdale, Florida.  Both Mr. Bouvier and Mr. Weiner solicited me to make an additional investment in LADP.  They told me that LADP was in the business of leasing computer equipment to TV shows.  They also represented that two companies were lining up to buy LADP, and depending on the final sale price, my additional investment in LADP would be extremely profitable.  Moreover, they told me that LADP's acquisition was set to close at the end of the year.  Based on their representations, I invested $950,000 in what I believed to be LADP shares in or about December 2009.  I received another letter from Mr. Goldstein on LADP letterhead acknowledging and thanking me for my investment.  A true and correct copy of this letter is attached as Exhibit 2.

5.     In connection with my $950,000 investment in what I believed to be LADP shares, I received a "Put Agreement" executed by Marc Bercoon and Mr.

1

1  Goldstein in which they agreed to buy back my LADP shares at my original

2  investment price. This Put Agreement would expire on February 2, 2011. A true

3  and correct copy of this agreement is attached as Exhibit 3.

4       6.   I called Mr. Bouvier a number of times to see whether LADP had

5  been acquired. Finally, in or about January or February 2010, he told me that

6  LADP was not going to be acquired.

7       7.   In or about May or June 2010, I met again with Alan Weiner and Mr.

8  Bouvier. I questioned them about why LADP's acquisition did not happen as

9  they had promised. They told me that LADP instead was going to conduct a

10  transaction involving a shell company and that following this transaction,

11  LADP's shares would be publicly trading. Based on their description of this

12  transaction, I believed that LADP shares would be trading on a public exchange

13  and I could buy or sell these shares just as I would any other public company

14  shares on the NASDAQ or NYSE stock exchanges. They further told me that

15  following this transaction I would then profit from my investment in LADP,

16  which now totaled approximately $1 million.

17       8.   A few weeks later, I met with Mr. Goldstein and Mr. Weiner in Fort

18  Lauderdale, Florida. Mr. Goldstein reassured me that I had made a sound

19  investment in LADP. Both Mr. Weiner and Mr. Goldstein described Mr.

20  Goldstein's prior success at bringing other companies public, including a public

21  offering of a medical staffing company purportedly headed by Mr. Goldstein.

22  They also told me that they were working on multiple avenues to take LADP

23  public and I would then profit from my investment in the company.

24       9.   None of the representations made by Mr. Bouvier, Mr. Weiner, and

25  Mr. Goldstein concerning LADP's prospects, including its acquisition or a public

26  offering, have materialized. My money, however, remains invested with LADP.

27       10.  On August 17, 2010, during a conversation with Jason P. Lee, an

28  attorney with the Division of Enforcement of the Securities and Exchange

2

1  Commission, I reviewed my stock certificates and other LADP documents.  I

2  realized for the first time that I had in fact purchased shares in a company called

3  LADP Acquisition, Inc. ("LADP Acquisition"), rather than LADP.   Previously,

4  because the documents I received from Mr. Bouvier described LADP's business,

5  LADP's offices in Los Angeles and New York, and provided financial

6  information relating to LADP, I understood that I was investing in LADP.  I did

7  not realize that LADP and LADP Acquisition were two different entities and that

8  I did not own shares in LADP.  True and correct copies of my LADP Acquisition

9  share certificates are attached as Exhibit 4.

10      11.    On or about August 23, 2010, I called and spoke with Mr. Bercoon

11  and Mr. Goldstein to ask them about my LADP investment.  I was also concerned

12  following my conversation with Mr. Lee that my investment was in jeopardy.

13  They told me that everything was fine and that two smaller investors had

14  complained to the Securities & Exchange Commission but that there was nothing

15  to worry about.

16      12.    I declare under penalty of perjury under the laws of the United States

17  of America that the foregoing is true and correct.

18  Executed on August  3 0 ,  2010 in Tulsa, Oklahoma.

19

20

21  Ali Siddiqui

22

23

24

25

26

27

28

3