# EXHIBIT 2



December 10th 2009

Dr. Ali Siddiqui

Dear Dr. Siddiqui:

I have enclosed certificate #57 representing 950,000 shares of common stock in LADP ACQUISITION, INC. These shares evidence your investment in LADP ACQUISITION INC. of $950,000.00.

On behalf of LADP ACQUISITION, INC., I want to thank you for investing and showing your confidence in our strategic plan and vision. We are very excited about the prospects of the company and expect to be celebrating successes with you as we march on in LADP ACQUISITION, INC.'s future.

Very truly yours,

William A. Goldstein
Chairman

5 Concourse Parkway Suite 2925  Atlanta, GA 30328   Tel 770.392.4896 ext 2749    Fax 770.392.5269
Info@LADPCORP.com

Exhibit __2__  Page __5__