# EXHIBIT 4



Exhibit 4   Page 8



Exhibit 4   Page 9