FILED

KAREN MATTESON, Cal. Bar No. 102103
Email: mattesonk@sec.gov
JASON P. LEE, Cal. Bar No. 196520
Email: leejas@sec.gov

10 SEP 14 PM 3: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
John M. McCoy III, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone:  (323) 965-3998
Facsimile:  (323) 965-3908

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

       v.

LADP ACQUISITION, INC.;
WILLIAM A. GOLDSTEIN and
MARC E. BERCOON,

              Defendants.

Case No. CV10 6835 RGK JCG

DECLARATION OF
JASON P. LEE

1       I, Jason P. Lee, declare, pursuant to 28 U.S.C. § 1746, as follows:

2       1.   I am one of the attorneys representing plaintiff Securities and

3   Exchange Commission ("Commission") in this action.  I have personal

4   knowledge of each of the matters set forth below and, if called as a witness, I

5   could and would testify competently to the facts stated herein under oath.

6       2.   Attached as Exhibit 1 is the original certified copy of LADP LLC's

7   August 11, 2003 Certificate of Formation filed with and which the Commission

8   obtained from the Delaware Secretary of State.

9       3.   Attached as Exhibit 2 are original certified copies of LADP

10   Acquisition, Inc.'s July 2, 2009 Certificate of Incorporation and August 26, 2010

11   Resignation of Agent filed with and which the Commission obtained from the

12   Delaware Secretary of State

13       4.   Attached as Exhibit 3 is a true and correct copy of the transcript of the

14   subpoenaed, sworn testimony of Gary Migdal, L.A. Digital Post, Inc.'s president

15   and CEO, which I took as part of the Commission's investigation, In the Matter

16   of L.A. Digital Post, Inc., LA-3858.

17       5.   Attached as Exhibit 4 is a true and correct copy of Bercoon's attorney

18   registration and public disciplinary record that I printed out from the State Bar of

19   Illinois' website on August 25, 2010.

20       6.   Attached as Exhibit 5 are the original certified copies of the

21   Pennsylvania Securities Commission's January 5, 2010 Summary Order to Cease

22   and Desist issued and entered in In the Matter of: LADP Acquisition, Inc. d/b/a

23   LA Digital Post, Inc. et al., Docket No. 2009-12-16 and January 8, 2010 press

24   release "Commission Halts Unregistered Activity By LADP Acquisition, Inc.

25   d/b/a LA Digital Post, Inc. & Affiliate, Paramount Capital America, Inc. and

26   Joseph Vitale."

27       7.   Attached as Exhibit 6 are the original August 24, 2010 Attestations

28   signed by Larry Mills, Records Officer of the Commission, attesting that the

1  Commission does not have any record of any registration statements under the

2  names L.A. Digital Post, Inc., LADP Acquisition, Inc., or LADP LLC.

3        8.      Attached as <u>Exhibit 7</u> is a true and correct copy of a June 18, 2009

4  email from mbercoon@nporta.com to wagatlanta@yahoo.com produced by

5  LADP Acquisition, Inc. to the Commission staff pursuant to a subpoena issued in

6  the above-described Commission investigation.  Attached to this email are

7  documents titled:  (1) "Private Placement Memorandum LADP Corp" (dated

8  May 20, 2009); (2) "Private Placement Memorandum LADP Corp" (dated May

9  20, 2009); (3) "LADP Acquisition, Inc. Confidential Private Placement

10  Memorandum" (dated June 22, 2009); (4) "Subscription Package," which

11  includes "Exhibit A Confidential Prospective Purchaser Questionnaire," "Exhibit

12  B Purchaser Representative Questionnaire," "Exhibit C Subscription

13  Agreement," "Exhibit D … L.A. Digital Post – Consolidated Un-Audited

14  Includes Proforma Information," and "Exhibit E … L.A. Digital Acquisition, Inc.

15  Un-Audited Includes Proforma Information"; (5) "LADP Acquisition, Inc.

16  Confidential Private Placement Memorandum" (dated June 22, 2009); (6)

17  "Subscription Package," which includes "Exhibit A Confidential Prospective

18  Purchaser Questionnaire," "Exhibit B Purchaser Representative Questionnaire,"

19  "Exhibit C Subscription Agreement," "Exhibit D … L.A. Digital Post –

20  Consolidated Un-Audited Includes Proforma Information," and "Exhibit E …

21  L.A. Digital Acquisition, Inc. Un-Audited Includes Proforma Information"; and

22  (7) "L.A. Digital Post Confidential Investor Information".

23        9.      Attached as <u>Exhibit 8</u> is a true and correct copy of a June 18, 2009

24  email from wagatlanta@yahoo.com to jdean@nporta.com produced by LADP

25  Acquisition, Inc. to the Commission staff pursuant to a subpoena issued in the

26  above-described Commission investigation.  Attached to this email are

27  documents titled:  (1) "Subscription Package," which includes "Exhibit A

28  Confidential Prospective Purchaser Questionnaire," "Exhibit B Purchaser

1    Representative Questionnaire," and "Exhibit C Subscription Agreement" and (2)

2    "Private Placement Memorandum LADP Corp" (dated May 20, 2009).

3        10.    Attached as Exhibit 9 is a true and correct copy of a June 18, 2009

4    email from wagatlanta@yahoo.com to aweiner@will-find.com and

5    alan.weiner@comcast.net produced by LADP Acquisition, Inc. to the

6    Commission staff pursuant to a subpoena issued in the above-described

7    investigation.  Attached to this email are documents titled:  (1) "Subscription

8    Package," which includes "Exhibit A Confidential Prospective Purchaser

9    Questionnaire," "Exhibit B Purchaser Representative Questionnaire," and

10   "Exhibit C Subscription Agreement" and (2) "Private Placement Memorandum

11   LADP Corp" (dated May 20, 2009).

12       11.    Attached as Exhibit 10 is a true and correct copy of a June 18, 2009

13   email from [redacted]@gmail.com to wagatlanta@yahoo.com produced by

14   LADP Acquisition, Inc. to the Commission staff pursuant to a subpoena issued in

15   the above-described investigation.  Attached to this email is a document titled

16   "Private Placement Memorandum LADP Corp".

17       12.    Attached as Exhibit 11 is a true and correct copy of a June 19, 2009

18   email from mbercoon@nporta.com to wagatlanta@yahoo.com produced by

19   LADP Acquisition, Inc. to the Commission staff pursuant to a subpoena issued in

20   the above-described investigation.  In this email, mbercoon@nporta.com states

21   "here is my final".  Attached to this email is a document titled "Private Placement

22   Memorandum LADP Acquisition, Inc."

23       13.    Attached as Exhibit 12 is a true and correct copy of a June 20, 2009

24   email from mbercoon@nporta.com to wagatlanta@yahoo.com produced by

25   LADP Acquisition, Inc. to the Commission staff pursuant to a subpoena issued in

26   the above-described investigation.  In this email, mbercoon@nporta.com states "i

27   think these are good except the pictures an [sic] the table of contents.  i need to

28   do the financials".  Attached to this email are documents titled: (1) "Private

3

1  Placement Memorandum LADP Acquisition, Inc." (dated June 22, 2009) and (2)

2  "Subscription Package," which includes "Exhibit A Confidential Prospective

3  Purchaser Questionnaire," "Exhibit B Purchaser Representative Questionnaire,"

4  and "Exhibit C Subscription Agreement."

5      14.    Attached as <u>Exhibit 13</u> is a true and correct copy of a June 20, 2009

6  email from wagatlanta@yahoo.com to aweiner@will-find.com and

7  alan.weiner@comcast.net produced by LADP Acquisition, Inc. to the

8  Commission staff pursuant to a subpoena issued in the above-described

9  investigation. Attached to this email are documents titled: (1) "Private

10 Placement Memorandum LADP Acquisition, Inc." (dated June 22, 2009) and (2)

11 "Subscription Package," which includes "Exhibit A Confidential Prospective

12 Purchaser Questionnaire," "Exhibit B Purchaser Representative Questionnaire,"

13 and "Exhibit C Subscription Agreement."

14     15.    Attached as <u>Exhibit 14</u> is a true and correct copy of a June 22, 2009

15 email from mbercoon@nporta.com to wagatlanta@yahoo.com produced by

16 LADP Acquisition, Inc. to the Commission staff pursuant to a subpoena issued in

17 the above-described investigation. Attached to this email is a document titled

18 "L.A. Digital Post Confidential Investor Information".

19     16.    Attached as <u>Exhibit 15</u> is a true and correct copy of a June 22, 2009

20 email from mbercoon@nporta.com to wagatlanta@yahoo.com produced by

21 LADP Acquisition, Inc. to the Commission staff pursuant to a subpoena issued in

22 the above-described investigation. Attached to this email are documents titled:

23 (1) "Private Placement Memorandum LADP Acquisition, Inc." (dated June 22,

24 2009) and (2) "Subscription Package," which includes "Exhibit A Confidential

25 Prospective Purchaser Questionnaire," "Exhibit B Purchaser Representative

26 Questionnaire," "Exhibit C Subscription Agreement," "Exhibit D … L.A. Digital

27 Post – Consolidated Un-Audited Income Statement," and "Exhibit E … L.A.

28 Digital Acquisition, Inc. Un-Audited Includes Proforma Information."

17.     Attached as <u>Exhibit 16</u> is a true and correct copy of a July 12, 2009 email from alan.weiner@comcast.net to wagatlanta@yahoo.com produced by LADP Acquisition, Inc. to the Commission staff pursuant to a subpoena issued in the above-described investigation.  Attached to this email is a document titled "Subscription Package," which includes "Exhibit A Confidential Prospective Purchaser Questionnaire," "Exhibit B Purchaser Representative Questionnaire," "Exhibit C Subscription Agreement," "Exhibit D … L.A. Digital Post – Consolidated Un-Audited Income Statement," and "Exhibit E … L.A. Digital Acquisition, Inc. Un-Audited Includes Proforma Information".

18.     Attached as <u>Exhibit 17</u> is a true and correct copy of a July 12, 2009 email from alan.weiner@comcast.net to wagatlanta@yahoo.com in which alan.weiner@comcast.net forwards to wagatlanta@yahoo.com a June 29, 2009 email from mbercoon@nporta.com to [redacted]@yahoo.com, and on which alan.weiner@comcast.net and wgoldstein@nporta.com are copied, produced by LADP Acquisition, Inc. to the Commission staff pursuant to a subpoena issued in the above-described Commission investigation.  In this email, mbercoon@nporta.com states "Joe – Here is the latest version of the PPM and Investor packet.  Please use this version going forward.  The only changes are some clean up.  Marc".  Attached to this email are documents titled: (1) "LADP Acquisition, Inc. Confidential Private Placement Memorandum" (dated June 22, 2009); (2) "Subscription Package," which includes "Exhibit A Confidential Prospective Purchaser Questionnaire," "Exhibit B Purchaser Representative Questionnaire, "Exhibit C Subscription Agreement," "Exhibit D … L.A. Digital Post – Consolidated Un-Audited Income Statement," and "Exhibit E … L.A. Digital Acquisition, Inc. Un-Audited Includes Proforma Information"; (3) "LADP Acquisition, Inc. Confidential Private Placement Memorandum" (dated June 22, 2009); (4) "Subscription Package," which includes "Exhibit A Confidential Prospective Purchaser Questionnaire," "Exhibit B Purchaser

1   Representative Questionnaire, "Exhibit C Subscription Agreement," "Exhibit D

2   ... L.A. Digital Post – Consolidated Un-Audited Income Statement," and

3   "Exhibit E ... L.A. Digital Acquisition, Inc. Un-Audited Includes Proforma

4   Information"; and (5) "L.A. Digital Post Confidential Investor Information."

5       I declare under penalty of perjury under the laws of the United States of

6   America that the foregoing is true and correct.

7       Executed on September 14, 2010 in Los Angeles, California.

8

9

10                              Jason P. Lee

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28