KAREN MATTESON, Cal. Bar No. 102103
Email: mattesonk@sec.gov
JASON P. LEE, Cal. Bar No. 196520
Email: leejas@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
John M. McCoy III, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LADP ACQUISITION, INC.; WILLIAM A. GOLDSTEIN and MARC E. BERCOON,<br><br>　　　　Defendants. | Case No. CV 10-6835 RGK (JCGx)<br><br>**[~~PROPOSED~~] ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AGAINST DEFENDANTS WILLIAM A. GOLDSTEIN AND MARC E. BERCOON** |

Plaintiff Securities and Exchange Commission ("Commission") moved for an order to show cause why Defendants William A. Goldstein and Marc E. Bercoon (collectively "Defendants") should not be held in civil contempt for violating the September 29, 2010 Order of Preliminary Injunction and Order: (1) Continuing Freeze of Assets, (2) Prohibiting the Destruction of Documents, and (3) Requiring Accountings ("Preliminary Injunction Order").

The Preliminary Injunction Order required that within five days of issuance of the order Defendants "prepare and deliver to the Commission a detailed and complete schedule of all their personal assets, including all real and personal property exceeding $5,000 in value, and all bank, securities, futures, and other accounts identified by institution, branch address and account number." Preliminary Injunction Order ¶ XI. Defendants were further ordered to include in their accountings "a description of the source(s)" of all such assets listed in their accountings. *Id.* Defendants were also ordered to produce to the Commission the documents underlying their accountings. *Id.* The previously issued September 16, 2010 Temporary Restraining Order and Orders: (1) Freezing Assets, (2) Prohibiting the Destruction of Documents, and (3) Requiring Accountings; and Order to Show Cause re Preliminary Injunction similarly ordered Defendants to provide accountings and produce any documents underlying their accountings. *Id.*

The Commission has presented evidence that Defendants had notice of the Preliminary Injunction Order and have failed to provide the required accountings and supporting documentation. Accordingly:

For good cause shown, the *Ex Parte* Application by Plaintiff Securities and Exchange Commission For Order to Show Cause Re: Civil Contempt Against Defendants William A. Goldstein and Marc E. Bercoon is hereby GRANTED.

IT IS FURTHER ORDERED THAT at 9:00 o'clock a.m. on November 9, 2010, Defendants Goldstein and Bercoon shall appear in person before this Court to show cause why an order of civil contempt should not be issued. Defendants

1

shall further show cause why they should not be ~~incarcerated~~ held in contempt pending their provision of the required accountings.

    This Order will be deemed served when filed through the Court's ECF system. Any declarations, points and authorities, or other submissions in opposition to the issuance of an order of civil contempt shall be filed with the Court and served by filing them through the Court's ECF system, no later than 12:00 noon on November 4, 2010. Any reply papers shall be filed with the Court through the Court's ECF system no later than 4:00 p.m. on November 5, 2010.

    IT IS SO ORDERED.

DATED: November 2, 2010

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Karen Matteson
Karen Matteson
Attorney for Plaintiff
Securities and Exchange Commission

2